IN THE UNITED STATES DISTRICT COURT
FOR THE MIDDLE DISTRICT OF PENNSYLVANIA

| | | |
|---|---|---|
| **UNITED STATES OF AMERICA** | **:** | **Crim. No. 1:19-CR-304** |
| | **:** | |
| | **:** | |
| **v.** | **:** | |
| | **:** | |
| | **:** | |
| **DARRYL PIERCE** | **:** | **Judge Sylvia H. Rambo** |

## O R D E R

Before the court is Defendant's Pretrial Motion to Dismiss Count 5 of the

Indictment.  (Doc. 25.)  For the reasons outlined in the accompanying memorandum,

the motion is hereby **DENIED**.

s/Sylvia H. Rambo
SYLVIA H. RAMBO
United States District Judge

Dated: January 12, 2021